<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1529**

RICHARD K. REVELY,

             Plaintiff – Appellant,

      v.

CITY OF HUNTINGTON, a municipal corporation; HUNTINGTON
POLICE DEPARTMENT; SERGEANT BOOTH, individually and in his
capacity as a police officer of the City of Huntington,

             Defendants – Appellees,

      and

JOHN DOES, One through Twelve,

             Defendant.

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Robert C. Chambers,
District Judge.  (3:07-cv-00648)

Submitted:  May 20, 2010          Decided:  May 24, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard K. Revely, Appellant Pro Se.  Ryan Q. Ashworth, Steven
Kenneth Nord, OFFUTT NORD, Huntington, West Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard K. Revely appeals the district court's order granting Defendants summary judgment in his 42 U.S.C. § 1983 (2006) action against them and entering judgment in their favor. We have reviewed the record and find no reversible error. Accordingly, we deny Revely's motions for appointment of counsel and Defendants' motion to strike Revely's informal brief and affirm the district court's judgment. <u>Revely v. City of Huntington</u>, No. 3:07-cv-00648 (S.D.W. Va. Apr. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>